## 16499.   JOHNSON v. THE STATE.

BROYLES, C. J.   1. The excerpts from the charge of the court which are complained of, when considered in connection with the remainder of the charge and the facts of the case, disclose no material error.

2. The ground of the motion for a new trial complaining of the admission of certain testimony is too incomplete to be considered by this court, since the question of the materiality of the evidence admitted can not be decided without a reference to other parts of the record. *Thompson* v. *State*, 118 *Ga.* 330 (2) (45 S. E. 410); *Smith* v. *State*, 126 *Ga.* 803 (2) (55 S. E. 1024).

3. The remaining ground of the amendment to the motion for a new trial, and the general grounds of the motion, are not argued or insisted upon in the brief of counsel for the plaintiff in error, and therefore are treated as abandoned.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 22, 1925.

Conviction of making liquor; from Glascock superior court— Judge Perryman.   April 8, 1925.

*B. F. Walker,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.

---

## 15386.   WILLIAMS v. McINTOSH.

LUKE, J.   1. Under the decision of the Supreme Court reversing the judgment of this court in this case (33 *Ga. App.* 105, 125 S. E. 864), the special demurrers to subparagraphs *d* and *e* of paragraph 13 of the answer were properly overruled. Under the former decision of this court referred to (which has become the law of the case) all the other special demurrers to the answer, and the general demurrer thereto, were properly overruled.

2. Under the facts of the case and the rulings of the Supreme Court in this case (made June 10, 1925), 160 *Ga.* 461, the verdict was authorized by the evidence, and none of the grounds of the amendment to the motion for a new trial requires a reversal of the judgment below. The former judgment of this court reversing the judgment of the trial court is hereby vacated and that judgment is now

*Affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 14, 1925.

Action for libel; from city court of Thomasville—Judge Hammond.   January 17, 1924.

*Titus & Dekle,* for plaintiff.

*P. C. Andrews, W. W. Alexander, E. K. Wilcox, H. J. McIntyre, J. B. Burch,* for defendant.